ACCEPTED
03-17-00065-CR
21121376
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/6/2017 1:57 PM
JEFFREY D. KYLE
CLERK

## NO. 03-17-00065-CR

| | | |
|---|---|---|
| **LANE WALKER WALDRON** | § | **IN THE THIRD COURT** |
| | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| **v.** | § | **OF APPEALS** 12/6/2017 1:57:36 PM |
| | § | JEFFREY D. KYLE |
| **THE STATE OF TEXAS** | § | **AT AUSTIN, TEXAS** Clerk |

### STATE'S AMENDED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF WORD LIMIT

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves for leave to file its Brief in excess of the word limit, and in support thereof would show the following:

Appellant filed a brief and a supplemental brief in the instant Capital Murder cause raising a total of ten points of error. The State submitted its brief shortly before midnight on December 4th, along with a motion to exceed the word limit at "16,124 words." However, this afternoon the State noticed that its Microsoft Word Counter – which typically has the 'include footnote' option checked as a default – did not apparently include footnotes in that figure. Accordingly, the State submits this Amended Motion to Exceed the Word Limit, and for good cause would show the following:

Many of the responses to Applicant's grounds require a detailed case-by-case factual analysis, and the State's brief includes numerous references to and excerpts from the record as well as citations to other cases which found similar

1

facts and circumstances significant. The State attempted to condense its brief where possible. Because many of the facts, analysis and arguments were similar in the State's response to grounds 1-6, the State condensed its response to said grounds into one section of the State's brief. Additionally, to avoid unnecessary repetition in its response, the State simply refers back to its Statement of Facts where possible (i.e. the totality of the evidence). Even so, the State's brief is currently at 21,059 words, which exceeds the word limit of 15,000 words. Tex. R. App. Proc. 9.4(i)(2)(B). The State's counsel therefore respectfully requests permission to file its 21,059-word brief so that the State may file an adequate response to Appellant's briefs and points of error, so that justice may be done.

Alternatively, if the Court prefers, the State can try to further reduce the word count; however, the State believes many of the citations cited in its brief may be helpful to the Court in its consideration of the instant case.

PRAYER

WHEREFORE, PREMISES CONSIDERED, the State of Texas Respectfully prays that the Court allow the filing of its brief in excess of the word limit, or alternatively allow the State a short time to attempt to further reduce the word count.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Motion* has been delivered to Appellant LANE WALKER WALDRON's attorney in this matter:

Richard E. Wetzel
wetzel_law@1411west.com
1411 West Ave., Suite 100
Austin, TX 78701
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 6th day of December, 2017.

/s/ Joshua D. Presley
**Joshua D. Presley**

3